# ELECTRONIC RECORD

COA #   06-14-00073-CR                     OFFENSE:   21.11

STYLE:   Curtis Charles Reichle v. The State of Texas          COUNTY:   Hopkins

COA DISPOSITION:   Affirmed          TRIAL COURT:   8th District Court

DATE: 1/30/15                 Publish: No   TC CASE #:   1423783

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Curtis Charles Reichle v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ____04/15/2015____

JUDGE: ____Per Curiam____

CCA #:   234-15

CCA Disposition: _____

DATE:       _____

JUDGE:       _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**